UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER SMITH,<br><br>   Plaintiff,<br><br> v.<br><br>SOUTHERN ILLINOIS RIVERBOAT/<br>CASIMO CRUISES, INC., d/b/a/<br>HARRAH'S METROPOLIS CASINO,<br><br>   Defendant. | Case No. 06-cv-4069-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 49) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. In this instance, the parties have agreed that the case be dismissed with prejudice and without costs to either party.

Therefore, the Court finds that this action has been **DISMISSED with prejudice and without costs** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: December 27, 2007**

               s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**