UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JENNIFER SMITH,

    Plaintiff,

v.

SOUTHERN ILLINOIS RIVERBOAT/
CASIMO CRUISES, INC., d/b/a/
HARRAH'S METROPOLIS CASINO,

    Defendant.

Case No. 06-cv-4069-JPG

## **JUDGMENT**

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

**Dated: December 27, 2007**

**s/Vicki McGuire**
**Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**